IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETHRO L. LARKIN II, | No. C-12-2162 TEH (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE <u>IN FORMA PAUPERIS</u> APPLICATION |
| v. | |
| Defendant. | |

On April 30, 2012, Plaintiff filed a letter with this Court complaining of conditions at California Correctional Institution in Tehachapi, California. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because his complaint was incomplete (Doc. #2) and because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> application (Doc. #3). <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. ## 2 & 3.

On May 31, 2012, Plaintiff filed another letter with this

1  Court which is illegible.  There are some words that the Court
2  simply cannot read in this letter.  Although the Court accepts
3  handwritten documents from prisoners, those documents must be
4  legible.  Plaintiff must use greater care in preparing his documents
5  and write more clearly so that the Court can understand what he is
6  requesting or describing.
7           It appears that Plaintiff is writing the court about his
8  inability to complete his in forma pauperis application.  Therefore,
9  in the interests of justice, the Court will grant Plaintiff a brief
10 extension of time to file a complete in forma pauperis application.
11 Plaintiff must either pay the $350.00 filing fee, or file a complete
12 in forma pauperis application by June 22, 2012, or this case will be
13 dismissed.
14          IT IS SO ORDERED.

16 DATED    _06/06/2012_            _____
17                                  THELTON E. HENDERSON
                                    United States District Judge

19 G:\PRO-SE\TEH\CR.12\Larkin-12-2162-letter.wpd

2