IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETHRO L. LARKIN II, | No. C-12-2162 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| Defendant. | |

Plaintiff commenced this action when he filed a 2-page letter with the Court on April 30, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and mailed to Plaintiff the Court's form complaint for prisoner civil rights actions under 42 U.S.C. § 1983. Doc. #2. The Clerk also notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed

court-approved <u>in forma pauperis</u> application (Doc. #3).  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.  Doc. ## 2 & 3.

        The deadline to file the complaint has passed, and Plaintiff still has not filed a complaint.  This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint.

        The Clerk shall terminate all pending motions as moot and close the file.

        IT IS SO ORDERED.

DATED     <u>07/09/2012</u>               /s/ Thelton E. Henderson
                                           THELTON E. HENDERSON
                                           United States District Judge

G:\PRO-SE\TEH\CR.12\Larkin-12-2162-dismissal complaint.wpd

**2**